IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MARK HENRY LANKFORD, | ) | |
| | ) | Case No. CV-92-0321-S-WFN |
| Petitioner, | ) | |
| | ) | **CAPITAL CASE** |
| v. | ) | |
| | ) | **ORDER** |
| A.J. ARAVE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Before the Court is the parties's Stipulation Re Order on Issuance of Mandate. (Docket No. 209.) Good cause appearing, the Stipulation shall be GRANTED, as follows.

The Ninth Circuit Court of Appeals having reversed this Court's denial of the petition for writ of habeas corpus, and the Respondent's Petition for Writ of Certiorari having been denied on October 1, 2007, IT IS HEREBY ORDERED that the petition for writ of habeas corpus is granted and that the State shall either release Mark Lankford or retry Mark Lankford by commencing trial within 120 days of the date of this order.

IT IS FURTHER ORDERED that the State shall calendar an initial appearance for Mark Lankford before the District Court, State of Idaho, Second Judicial District, Idaho County within ten days of this order.

**ORDER - 1**

DATED this 9th day of October, 2007.

/S/

_____
HONORABLE WM. FREMMING NIELSEN
UNITED STATES DISTRICT COURT

**ORDER - 2**